United States District Court
Southern District of Texas
**ENTERED**
June 22, 2016
David J. Bradley, Clerk

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JOE D. MITCHELL, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-16-351 |
| | § | |
| DIVERSICARE HUMBLE, LLC, | § | |
| | § | |
| *Defendant*. | § | |

## ORDER

Defendant's unopposed motion to compel arbitration and motion to stay proceedings pending arbitration (Dkt. 15) is GRANTED. It is therefore ORDERED that this cause of action is STAYED and administratively (statistically) closed. The parties may move to reinstate the case on the court's active docket at such time in the future as deemed appropriate. A copy of this order shall be attached as an exhibit to any motion to reinstate.

Signed at Houston, Texas on June 22, 2016.

_____
Gray H. Miller
United States District Judge