# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JOE D. MITCHELL, as Next Friend for<br>JOSEPH E. MITCHELL,<br><br>Plaintiff,<br>v.<br><br>DIVERSICARE HUMBLE, LLC D/B/A<br>OAKMONT HEALTHCARE AND<br>REHABILITATION CENTER OF HUMBLE,<br><br>Defendant. | § § § § § § § § § § § | CASE NO. 4:16-cv-00351<br><br>**(JURY REQUESTED)** |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Joe D. Mitchell, as Next Friend for Joseph E. Mitchell ("Plaintiff") by and through his undersigned attorneys, and Defendant Diversicare Humble, LLC d/b/a Oakmont Healthcare and Rehabilitation Center of Humble, ("Defendant") by and through its undersigned attorney, hereby stipulate to the dismissal **with prejudice** as to all claims between Plaintiff and Defendant in this action.  There are no claims pending against Defendant other than Plaintiff's claims.  Plaintiff and Defendant shall bear their own fees and costs.

Respectfully submitted,

**HOBLIT DARLING RALLS HERNANDEZ & HUDLOW LLP**
6243 IH-10 West, Suite 601
San Antonio, Texas 78201
Telephone No. (210) 224-9991
Facsimile No. (210) 226-1544

By:    */s/ Stephen R. Darling*
STEPHEN R. DARLING
State Bar No. 05386500
sdarling@hdr-law.com

**ATTORNEYS FOR DEFENDANT DIVERSICARE HUMBLE, LLC D/B/A OAKMONT HEALTHCARE AND REHABILITATION CENTER OF HUMBLE**

\-    **AND –**

**BROWN & BROTHERS**
712 Main Street, Ste. 800
Houston, Texas 77002
Telephone No. (713) 428-2595
Facsimile No. (832) 767-1783

By:    */s/ Mary Green*
MARY GREEN
State Bar No. 24087623
mgreen@medmalfirm.com

**ATTORNEY FOR PLAINTIFF JOE D. MITCHELL, AS NEXT FRIEND FOR JOSEPH E. MITCHELL**

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that on this the 23rd day of March, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to each counsel of record listed below.  To the extent any such counsel is not registered for such electronic delivery, the foregoing document will be served in accordance with the Federal Rules of Civil Procedure.

   Mary Green
   BROWN & BROTHERS
   712 Main Street, Ste. 800
   Houston, Texas 77002
   ***Attorneys for Plaintiff***


        By:  */s/ Stephen R. Darling*
            Stephen R. Darling