United States District Court
Southern District of Texas
**ENTERED**
March 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOE D. MITCHELL, as Next Friend for JOSEPH E. MITCHELL, § § § | |
| Plaintiff, § | CASE NO. 4:16-cv-00351 |
| v. § | |
| § | (JURY REQUESTED) |
| DIVERSICARE HUMBLE, LLC D/B/A OAKMONT HEALTHCARE AND REHABILITATION CENTER OF HUMBLE, § § § § | |
| Defendant. § | |

## ORDER OF DISMISSAL

The Court having considered the Stipulation of Dismissal with Prejudice filed on March 23, 2018,

IT IS ORDERED that all claims between Plaintiff Joe D. Mitchell, as Next Friend for Joseph E. Mitchell and Defendant Diversicare Humble, LLC d/b/a Oakmont Healthcare and Rehabilitation Center of Humble are **DISMISSED** with prejudice, with costs taxed against the party incurring same.

Signed March 28, 2018

_____
UNITED STATES DISTRICT JUDGE